# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **VERITEX COMMUNITY BANK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:15-cv-01713-P** |
| **v.** | § | |
| | § | **JURY** |
| **THE TRAVELERS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

Plaintiff Veritex Community Bank ("Plaintiff") and Defendant The Travelers Inc. ("Defendant") hereby advise the Court that Plaintiff and Defendant have reached a settlement of Plaintiff's claims against Defendant, which will result in a dismissal of this lawsuit. Based on this settlement, Plaintiff and Defendant request 30 days to document the settlement and file dismissal documents.

Respectfully submitted,

*/s/ D. Woodard Glenn*
D. WOODARD GLENN
Texas Bar No. 08028400
MATTHEW B. GLENN
Texas Bar No. 24083077
**D. WOODARD GLENN, P.C.**
2626 Cole Avenue, Suite 510
Dallas, TX 75204
(214) 871-9333 (Telephone)
(214) 871-7131 (Facsimile)
wglenn@dwgpc.com
mglenn@dwgpc.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Marcie L. Schout*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been furnished to Plaintiff's counsel of record, via the ECF system, in accordance with the Federal Rules of Civil Procedure, this 27th day of August, 2015.

D. Woodard Glenn
Matthew B. Glenn
D. WOODARD GLENN, P.C.
2626 Cole Avenue, Suite 510
Dallas, TX 75204.

*/s/ Marcie L. Schout*
Marcie L. Schout